**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT ABREU<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SHORT TERM<br>DISABILITY PLAN and DEUTSCHE<br>BANK LONG-TERM DISABILITY PLAN<br><br>Defendants. | [PROPOSED] ORDER OF DISMISSAL<br>WITH PREJUDICE<br><br><br>1:25-cv-08909-RA |

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Notice of Voluntary Dismissal with Prejudice signed by counsel for Plaintiff, ROBERT ABREU ("Plaintiff"), it is

ORDERED that all claims, demands, debts, or causes of action asserted or assertable herein by and between Plaintiff and Defendant are DISMISSED WITH PREJUDICE; it is further

ORDERED that all costs are taxed against the party incurring them.

SO ORDERED.

SIGNED this ___3___ day of ___December___, 2025.

_____
UNITED STATES DISTRICT JUDGE